

*ORDER*

Michael R. McDonald
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4827 Fax: 973-639-6295
mmcdonald@gibbonslaw.com

January 27, 2020

**VIA CM/ECF**
Honorable James B. Clark III, U.S.M.J.
U.S. District Court for the District of New Jersey
One Federal Square
Newark, New Jersey 07102

      Re:   *Physicians Healthsource, Inc. v. Advanced Data Sys. Int'l, LLC, et al.*
             **Docket No. 16-3620 (JMV) (JBC)**

Dear Judge Clark:

     We represent Defendants Advanced Data Systems International, LLC and Advanced Data Systems Corporation in the above-referenced matter. Pursuant to the Court's Order setting forth discovery deadlines [ECF No. 91], the parties have served interrogatories and document requests and have exchanged initial responses and objections to those written requests, including Plaintiff's production of over 1200 pages of discovery. In accordance with Your Honor's judicial preferences and L. Civ. R. 37.1, the parties have begun the meet-and-confer process regarding each side's respective responses and objections. Because these discussions are ongoing, the parties respectfully request that the Court extend the deadline to submit a letter outlining unresolved issues related to written discovery by sixty (60) days to March 31, 2020. This additional time will give the parties the opportunity to fully resolve any perceived deficiencies or related issues.

     If this request meets with your approval, we respectfully request that Your Honor "So Order" this letter and direct its entry. As always, thank you for your time and consideration.

Respectfully submitted,

s/ Michael R. McDonald
Michael R. McDonald

s/ Matthew Nicholas Fiorovanti
Matthew Nicholas Fiorovanti

**SO ORDERED**
*s/James B. Clark*
**James B. Clark, U.S.M.J.**
**Date:** 1/28/2020

So Ordered: _____
       Hon. James B. Clark, III, U.S.M.J.
cc: All Counsel of Record (via ECF)

New Jersey   New York   Pennsylvania   Delaware   Washington DC   Florida      gibbonslaw.com